RICHARD O'CONNOR, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

FLORENCE O'CONNOR, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

EDWARD KENNEDY, Respondent. *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

MERTON COTTON, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued January 12, 1939; decided February 21, 1939.

*Charles S. Wilcox* for appellant.

*W. F. Martineau* and *D. V. Carr* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN and HUBBS, JJ.